UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VIVIANA HERNANDEZ-TORRES,<br><br>Defendant. | Case No.: 15CR2536-BTM<br><br>**ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS THE INFORMATION** |

Having considered the United States' Motion to Dismiss the Information against defendant Viviana Hernandez-Torres in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss. Accordingly, the Information against Viviana Hernandez-Torres is hereby dismissed pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

DATED:   January 26, 2016

_____
HONORABLE BARRY TED MOSKOWITZ
CHIEF JUDGE